No. 02–6938. SHELTON v. DOS SANTOS ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–6939. SEEBOTH v. HUNTER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6940. MILLER v. BELGADO ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–6944. GAINES v. HUSKEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–6951. WILLIAMS v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–6957. FINCH v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–6960. GOLDWATER v. ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.

No. 02–6961. GOLDWATER v. BOARD OF CHIROPRACTIC EXAMINERS ET AL. Ct. App. Ariz. Certiorari denied.

No. 02–6963. KELCH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6964. OCHOA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 02–6969. LOOKINGBILL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 02–6971. RAMIREZ v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6973. SCOTT v. GONZALEZ, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–6974. SCOTT v. CURRY ET AL. C. A. 5th Cir. Certiorari denied.